UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2009 JAN -7 A 10: 37

U.S. DISTRICT COURT
DISTRICT OF MASS

)
WEN YIH  CHIANG,                                    )
    Plaintiff                                      )
                                )          CIVIL ACTION NO.
v.                                                  )          08-11908-RWZ
                                )
BANK OF AMERICA, MBNA AMERICA )
BANK and FIA CARD SERVICES,                         )
    Defendants                                     )
                                )
                                )

## PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT OR, IN THE ALTERNATIVE, FOR A MORE DEFINITE STATEMENT, AND TO ENJOIN VEXATIOUS FILINGS

       The Defendants Bank of America, MBNA America Bank and FIA Card Services have

filed a motion to dismiss the First Amended Complaint filed pro se by Plaintiff Wen Y.Chiang

("Chiang") pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, or in the

alternative, for a more definite statement, and to enjoin so-called vexatious filings by Chiang.

       For the reasons set forth in the memorandum of law filed herewith, the facts set forth in

the Amended Complaint support claims under various theories of law.  The alleged facts in the

Amended Complaint supporting the negligence claim are not preempted by the Fair Credit

Reporting Act ("FCRA"), defendants do owe a duty of care to all action to  Chiang and the

economic loss doctrine does not apply.  The breach of contract claim is not defective since

Chiang pleads the existence of a contract, the parties to the contract and the breach.  Chiang's

deceit claim should be allowed, it  state the necessary "who, what, when and where.", and Chiang

has all evidence and documents that the claim is sufficient,   Chiang's M.G.L. Chapter 93A claim

includes a paragraph (Paragraph 27) that discusses credit reporting activities.  This Count of the

Amended Complaint should be amended to delete this paragraph. After such amendment, the
Chapter 93A claim would not be preempted by the FCRA.

**Chiang's FCRA claim alleges sufficient facts to support this claim**, including an
allegation that defendants received notice of Chiang's dispute from a credit reporting agency and
**it is more then once of the report and the investigation is done by the credit report agencies**.
Chiang agrees that his claims under the Fourth, Fifth and Seventh Amendments to the U.S.
Constitution can be dismissed since these Amendments due to unclear of the government
involved investment and own the shares weather or not it need to be clearly review with the 700
billion bailout act.

Defendants ridiculously request an order enjoining Chiang from filing any other actions,
in state or federal courts, against defendants without first seeking this Court's prior approval.
Chiang has a right to file a complaint when any entity violates state or federal law and the
violation causes Chiang to suffer damages. The order requested by the defendants would violate
Chiang's constitutional rights. Defendants have stated no grounds that would justify any
injunctive relief against Chiang.

Wherefore, Chiang respectfully requests the Court to deny defendants' motion to dismiss,
to allow Chiang to amend his amended complaint, or alterative for more definite statement.
Include DENY  defendants' request for injunctive relief as defendant provide no ground and false
statements.

By Plaintiff,

/s/Wen  Y.   **Chiang**

WEN Y. CHIANG  *Pro se*

2

## CERTIFICATE OF SERVICE

**I Wen Y. Chiang** hereby certify that on this day, I served a copy of this notice to counsel for

defendant's, by and through the ECF filing system.

Dated: January 4, 2009.

/s/Wen  Y. Chiang

WEN Y. CHIANG  *Pro se*

3